**Order entered October 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00615-CV

**DASPIT LAW FIRM, PLLC, Appellant**

**V.**

**ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC D/B/A AVANT LAW FIRM, Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01463-C**

## ORDER

Before the Court is appellees' October 9, 2019 motion for extension of time to file their brief. Appellees explain the reporter's record, which consists of the transcript of a hearing held on April 29, 2019, is missing two exhibits admitted into evidence, Plaintiff's Exhibit 1 and Defendant's Exhibit 1. Appellees state they have asked the court reporter to file a supplemental reporter's record and ask their brief be due twenty days after the supplemental record is filed.

We **GRANT** the motion. We **ORDER** Janet E. Wright, Official Court Reporter for County Court at Law No. 3, to file, no later than October 21, 2019, the supplemental reporter's record requested by appellees. We further **ORDER** appellees' brief be filed within twenty days of the filing of the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/     ERIN A. NOWELL
        JUSTICE